JAMES C. AUSTIN, Appellant, *v.* ELIZABETH E. HICKOK, Respondent.

*Austin* v. *Hickok,* 42 App. Div. 625, affirmed.
(Submitted April 26, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 20, 1899, affirming a. judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*George Clinton* and *Martin Clark* for appellant.

*William Burnet Wright, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.

---

ALONZO E. DE BAUN, Respondent, *v.* STUART H. MOORE, Appellant.

*De Baun* v. *Moore,* 32 App. Div. 397, affirmed.
(Argued April 26, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 13, 1898, in favor of plaintiff upon the submission of a controversy on an agreed statement of facts under sections 1279–1281 of the Code of Civil Procedure.

*Leslie M. Daniel* for appellant.

*Wheeler H. Peckham* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and LANDON, JJ.   Not sitting: CULLEN, J.